AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br>Dale Branton<br><br>*Defendant(s)* | )<br>)<br>) **3:14-MJ-00018**<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  Oct. 30, 2013 - Dec. 2, 2013  in the county of  Union  in the Western District of Louisiana, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC 2422 | Enticing a Minor to Engage in Sexually Explicit Conduct |
| Title 18 USC 2251 | Production of Child Pornography |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Jared Medaries
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/06/2014

_____
*Judge's signature*

City and state: Monroe, Louisiana    Karen L. Hayes, United States Magistrate Judge
*Printed name and title*