RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 8/27/14
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.: 14-CR-00050-01 |
| VERSUS | 18 U.S.C. § 2422(b)<br>(Attempting to Entice a Minor) |
| WOODY DALE BRANTON | JUDGE JAMES<br>MAGISTRATE JUDGE HAYES |

## UNDERSTANDING OF MAXIMUM PENALTY AND CONSTITUTIONAL RIGHTS

I, WOODY DALE BRANTON, the above named defendant, having been furnished a copy of the charge and having discussed same with my attorney, state that, I understand the nature of the charge against me and the maximum possible penalty that may be imposed against me as set forth in the plea agreement.

I further state that I understand:

1. My right to be represented by counsel (a lawyer) of my choice, or if I cannot afford counsel, my right to be represented by Court-appointed counsel at no cost to me.
2. My right to plead guilty or not guilty.
3. My right to have a jury trial with twelve jurors who must all agree as to my guilt in order to convict.
4. My right not to be required to testify against myself or at all, if I do not so desire.
5. My right to confront and cross-examine witnesses against me and my right to have compulsory process to require witnesses to testify.

I realize that by pleading guilty I stand convicted of the crime charged and waive my privilege against self-incrimination, my right to jury trial, my right to confront and cross-examine witnesses, and my right of compulsory process.

I further state that my plea in this matter is free and voluntary and that it has been made without any threats or inducements (except the plea agreement) whatsoever from anyone associated with the State or United States Government or my attorney and that the only reason I am pleading guilty is that I am in fact guilty as charged.

Thus done and signed this _26th_ day of _August_, 2014.

_____
WOODY DALE BRANTON
Defendant

_____
SHELLEY A. GOFF
Attorney for the Defendant