RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 8/27/14
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.: 14-CR-00050-01 |
| | 18 U.S.C. § 2422(b) |
| VERSUS | (Attempting to Entice a Minor) |
| | DISTRICT JUDGE JAMES |
| WOODY DALE BRANTON | MAGISTRATE JUDGE HAYES |

### FACTUAL BASIS FOR GUILTY PLEA

This Factual Basis is submitted in accordance with Federal Rules of Criminal Procedure, Rule 11(f). The parties signing below agree and stipulate to the following factual matters:

In November 2013, the Defendant, WOODY DALE BRANTON, a person over eighteen years of age, engaged in a series of conversations on Facebook with a fifteen-year old minor. Facebook is an Internet website which allows, among other things, individuals to communicate via personal messaging. During the relevant conversations, the Defendant was located in Minneapolis, Minnesota and the minor was located in Union Parish, Louisiana. BRANTON knew that the minor was fifteen years old. From October 2013 through December 1, 2013, the Defendant and the minor exchanged thousands of messages. Many of these messages were sexual in nature. Between November 29, 2013 and December 1, 2013, the Defendant sent multiple messages to the minor requesting that she send him photographs of her

genitals and pubic region.

Between November 29, 2013 and December 1, 2013, the defendant, WOODY DALE BRANTON, had conversations with the minor through Facebook in which the Defendant discussed meeting the minor to engage in sexual activity with her. The Defendant purchased a plane ticket to fly from Minneapolis, Minnesota to Shreveport, Louisiana. The Defendant asked the minor to identify the location of her house and researched rental cabins near her residence for them to meet at.

Had the above-referenced sexual activity actually occurred, the Defendant would be in violation of Louisiana Revised Statute 14:81, Indecent Behavior with a Juvenile.

The parties agree that this Factual Basis forms the basis for a guilty plea to Count 1 of the Indictment pending in this case, attempting to entice a minor to engage in criminal sexual activity, 18 U.S.C. §2422(b).

Signed this 27th day of August, 2014.

WOODY DALE BRANTON  
Defendant

SHELLEY A. GOFF  
Attorney for Defendant

STEPHANIE A. FINLEY  
UNITED STATES ATTORNEY

SETH D. REEG  
Assistant United States Attorney