UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 14-0050 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| WOODY DALE BRANTON | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Woody Dale Branton, and adjudges him guilty of the offense charged in Count One of the indictment against him.

In Chambers, at Monroe, Louisiana, this 3rd day of September, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE