# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 14-0050-01 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WOODY DALE BRANTON | MAGISTRATE JUDGE HAYES |

### RULING

Pending before the Court is a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [Doc. No. 62] filed by Defendant Woody Dale Branton.

On May 13, 2016, the Magistrate Judge issued a Report and Recommendation [Doc. No. 67] in which she recommended that the Court deny Defendant's motion.  Defendant did not file objections to the Report and Recommendation.

The Court has considered the Magistrate Judge's Report and Recommendation and finds that her analysis and conclusions are supported by the law and the record in this matter.  The Court hereby ADOPTS the Report and Recommendation.  The Court issues this Ruling solely to make a correction of clerical error.

In Sections III. and IV. of the Report and Recommendation, the Magistrate Judge refers to the presentation of evidence by the "State."  Defendant was prosecuted in this Court by the United States of America.  All references in the Report and Recommendation to actions of the State are erroneous and should instead refer to the actions of the United States, its counsel, and its agents.

MONROE, LOUISIANA, this 8th day of June, 2016.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE