UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 14-0050-01 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WOODY DALE BRANTON | MAGISTRATE JUDGE HAYES |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [Doc. No. 62] filed by Defendant Woody Dale Branton is **DENIED**.

MONROE, LOUISIANA, this 8th day of June, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE